UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

Susan Prus,

    Debtors

_____/

Susan Prus,

    Plaintiff,

v.

Michigan Catholic Credit Union

    Defendant,

_____/

Case No. 11-68730
Chapter 13
Hon. Rhodes

Ad Proc: 11-06860

CHRISTOPHER E. FRANK (P67169)
Attorney for Creditor/Defendant
4 Parklane Bvld, Ste 350
Dearborn, MI 48126
(248) 677-7445
_____/

## **ORDER RESOLVING ADVERSARY PROCEEDING**

    IT IS ORDERED that the following is a resolution of the adversary Complaint between the parties in bankruptcy case number 11-68730, adversary proceeding 11-06860, regarding the mortgage ("Mortgage") dated November 15, 2002, covering the following described property ("Property") situated in the City of Ferndale, County of Oakland, State of Michigan, and further described as follows:

    3225 Horton, Ferndale, MI 48220

    The south35 feet of lot 138,Woodward H eights-Royal Oak addition subdivision as recorded in Liber 11 of plats, pages(s) 15, Oakland County records. Parcel Id 24-25-27-203-045.

IT IS FURTHER ORDERED that Michigan Catholic Credit Union shall be paid directly on its Mortgage claim outside of the Chapter 13 Plan. That the terms of the mortgage shall remain in full force and effect, except that the balance of the mortgage shall be reduced to $7,921.15 with the entry of this order.

IT IS FURTHER ORDERED that each party is to bear their own attorney's fees and costs in the adversary proceeding.

IT IS FURTHER ORDERED that if the debtor fails to complete the debtor's Chapter 13 plan and obtain a Chapter 13 discharge order in bankruptcy case number 11-68730, or if this case converts to any other Chapter under the Bankruptcy Code, this order does not affect the validity or enforceability of the Mortgage and may not be used in any subsequent bankruptcy case of the debtor either to compel the holder of the Mortgage to execute a discharge of the Mortgage, or to otherwise act as a discharge of the Mortgage.

.

**Signed on February 17, 2012**

                                                                                     _____/s/ Steven Rhodes_____

                                                                                       **Steven Rhodes**

                                                                                       **United States Bankruptcy Judge**